IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL ALAN NEENAN,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

Civil Action Number
4:11-cv-01008-DW

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Michael Alan Neenan, and the Defendant NCO Financial Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: <u>February 14, 2012</u>

By <u>/s/J. Mark Meinhardt</u>
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797 Telephone
(913) 451-6163 Fax
**ATTORNEY FOR PLAINTIFF**

Dated: <u>February 14, 2012</u>

By <u>/s/Paul Corker</u>
Richmond M. Enochs, #36819
Paul Croker, #57000
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000 Telephone
(913) 888-1065 Facsimile
renochs@wallacesaunders.com
pcroker@wallacesaunders.com
**ATTORNEY FOR DEFENDANT**