# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL ALAN NEENAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 11-CV-01008-W-DW |
| NCO FINANCIAL SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

# ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice (the "Stipulation"). Doc. 16. Pursuant to the Stipulation, it is hereby

ORDERED that the above-captioned case be DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees. <u>See</u> Fed. R. Civ. P. 41. The Clerk of Court is directed to terminate any pending motions, and to then mark this case as closed.

IT IS SO ORDERED.


Date:   February 21, 2012                           /s/ Dean Whipple
                                                                                               Dean Whipple
                                                                     United States District Judge